## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MAR-DEL HOLDINGS, LLC, | : | No. 229 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| ORANGE TOWNSHIP BOARD OF | : | |
| SUPERVISORS AND PATRICIA | : | |
| BREWSTER, ROBERT BREWSTER, FRED | : | |
| BROCKWAY, JAN BROCKWAY, JOHN | : | |
| D'ORAZIO, PAM D'ORAZIO, SUSAN B. | : | |
| FETTERMAN, NATHANIAL FLOOK, | : | |
| SHERRY FLOOK, CHARLES | : | |
| FRITZ,JENNIFER FRITZ, COREY | : | |
| HUGHES, JAYLENN MILLER,  ANDREW | : | |
| SMITH, CHRISTINE SMITH, ERIC SORG | : | |
| AND ERIN SORG, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 4th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.